FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2026 JUN -5 PM 4:03
JEFFREY P. COLWELL
CLERK
BY________DEP. CLK

Joshua Ntella Bissah
9324 E 108th Avenue
Apt 306
Henderson CO 80640

June 5, 2026

The Honorable Charlotte N Sweeney
United States District Judge
United States District Court of Colorado

901 19th Street

Denver CO 80294

**Re: United States Vs Joshua Ntella Bissah**

**26-CR-79-CNS**

**<u>Request for Appointment of Counsel</u>**

Dear Judge Sweeney,

I am writing to respectfully request that the Court appoint a public defender to represent me in the above referenced matter. On December 20, 2023, The Honorable Lewis A. Kaplan of The Southern District of New York sentenced me to 30 months of imprisonment and 3 years of supervised release.

I have served my sentence in full, I am currently under supervised release and I am seeking legal representation to aid me in filing a motion to end supervision.

As the one-year mark of my supervision is approaching next month, I wish to petition the Court for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1). I believe there are strong grounds to support such a motion, and I would like an attorney to properly prepare and present it on my behalf.

I am unable to afford the cost of private legal counsel currently and therefore respectfully ask the Court to appoint a public defender to represent me in this matter pursuant to my rights under 18 U.S.C. § 3006A.

Thank you for your time and consideration of this request.

Respectfully submitted,

Joshua N Bissah
Defendant, Pro Se
Case No. 26-CR-79-CNS